E-FILED
Tuesday, 21 December, 2010 11:09:45 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STANTON J. THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 10-CV-1177 |
| ROBERT ANGEL, et al., | ) ) ) |
| Defendants. | ) ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On June 8, 2010, *pro se* Plaintiff filed his Complaint herein, along with motions requesting his complaint be filed *in forma pauperis* and that counsel be appointed. Plaintiff's motion to proceed without prepayment of fees was allowed and motion for appointment of counsel was denied by Text Order dated June 17, 2010. The Clerk issued summons for service on Defendants and the court file reflects personal service on Defendant Angel on June 21, 2010 (d/e 6). Defendant Angel has failed to file an answer or any type of response to Plaintiffs' Complaint. However, Plaintiff has not taken steps to obtain the default of Defendant Angel. Federal Rule of Civil Procedure 55 directs that a Plaintiff shall apply to the Court for

judgment by default. The court file further reflects personal service on Robert Angel for Defendants National Taxpayer Advocate and Taxpayer Advocate Services (d/es 7, 8) but no documentation is provided by Plaintiff that Robert Angel is an agent, officer, or director of Defendants National Taxpayer Advocate or Taxpayer Advocate Services for proper service under Rule 4, Federal Rules of Civil Procedure.

Further, Plaintiff has not taken steps to perfect service on Defendant Tracy Bui. Summons was returned unexecuted on Defendant Bui on June 29, 2010 (d/e 9). Rule 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the Complaint. In October, 2010, the 120 days for service lapsed.

By Text Order dated November 2, 2010, *pro se* Plaintiff was directed to take appropriate steps to move the litigation forward by December 15, 2010 or risk dismissal for want of prosecution. As of this date, Plaintiff has failed to comply with the Federal Rules of Civil Procedure and the Court has no other option and recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within

fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at his last known address.

ENTER: December 21, 2010

    FOR THE COURT:

                                          _____*s/ Byron G. Cudmore*\_\_\_\_\_
                                                BYRON G. CUDMORE
                                    UNITED STATES MAGISTRATE JUDGE